***MADE JS-6***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE ROBLES-HART, | Case No.  EDCV 12-1316-GW(OPx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.  All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 16, 2013                BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT